UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONCIO LORENZO,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>BANK OF AMERICA,<br><br>　　　　Defendant(s). | No. C10-2497 BZ<br><br>**ORDER REFERRING<br>CASE TO ADR** |

**IT IS HEREBY ORDERED** that this matter is referred to the ADR Department to schedule a telephone conference with the parties and make a recommendation to the Court for further proceedings.

Dated: June 14, 2010

　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\LORENZO V. BANK OF AMERICA\ORDER REFERRING CASE TO ADR FOR PHONE CONF.wpd