UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONCIO LORENZO,<br><br>          Plaintiff(s),<br><br>     v.<br><br>BANK OF AMERICA,<br><br>          Defendant(s). | No. C10-2497 BZ<br><br>**SCHEDULING ORDER** |

**IT IS ORDERED** that the hearing on defendants' motion to dismiss (Doc. No. 8) is continued to **August 11, 2010**.  Any opposition to that motion **SHALL** be filed by **July 26, 2010.**  Any reply **SHALL** be filed by **August 2, 2010**.  The hearing on plaintiff's motion to remand (Doc. No. 6) shall remain as scheduled for **July 21, 2010**.  By no later than **July 1, 2010**, each party shall consent to or decline magistrate judge jurisdiction.  The form to consent to or decline magistrate

///

///

1

judge jurisdiction may be found on the court's website at:

http://www.cand.uscourts.gov

Dated: June 17, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LORENZO V. BANK OF AMERICA\SCHED ORD.wpd