1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11   LEONCIO LORENZO,              )
                                   )
12                                 )          No. C10-2497 BZ
                                   )
13           Plaintiff(s),         )        **ORDER REMANDING CASE**
                                   )
14        v.                       )
                                   )
15   BANK OF AMERICA,              )
                                   )
16                                 )
             Defendant(s).         )
17                                 )
     _____)

18

19        In court on July 21, 2010, plaintiff dismissed his tenth

20   cause of action, which stated a federal claim.[1]  Defendants

21   contend that plaintiff's request for rescission and a

22   temporary restraining order are in fact usury claims, and are

23   therefore preempted by federal law under <u>Beneficial Nat'l Bank</u>

24   <u>v. Anderson</u>, 539 U.S. 1 (2003).  Plaintiff complains that the

25   loan was "not suited for his financial circumstances" (¶ 14),

26

27          [1]   All parties have consented to my jurisdiction
     pursuant to 28 U.S.C § 636(c) for all proceedings, including
28   entry of final judgment.

                                    1

1   not that it was usurious.  Under the well-pleaded complaint

2   rule, plaintiff's decision not to assert a usury claim is

3   dispositive, regardless of whether the facts might support

4   such a claim.  <u>Caterpillar, Inc. v. Williams</u>, 482, U.S. 386,

5   392 (1987).  Thus, preemption does not create federal

6   jurisdiction.

7       Plaintiff having dismissed the only federal claim, the

8   Court declines to exercise supplemental jurisdiction over the

9   remaining claims as they are all state claims and there have

10   been no substantial proceedings in this court.  Plaintiff's

11   motion to remand is **GRANTED**.  Plaintiff's motion for

12   attorney's fees is **DENIED.**  The Clerk is directed to transfer

13   the case to the San Mateo County Superior Court.

14   Dated: July 26, 2010

15

16                Bernard Zimmerman
           United States Magistrate Judge

17

18   G:\BZALL\-BZCASES\LORENZO V. BANK OF AMERICA\REMAND ORDER.wpd

19

20

21

22

23

24

25

26

27

28